IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM DALY HARRINGTON, Defendant. | CR 21-05-H-BMM ORDER GRANTING UNOPPOSED MOTION IN LIMINE FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF CERTAIN BUSINESS RECORDS |

The United States moves this Court for a pretrial ruling on the admissibility of certain evidence that the government intends to introduce at trial. The government's motion concerns business records of Facebook, Verizon, Century Link and Charter. The defendant does not oppose the motion.

IT IS HEREBY ORDERED that the United States Motion in Limine for Pretrial Determination of Admissibility of Certain Business Records is GRANTED. The Court finds the records provided by Facebook, Verizon, Charter and Century Link in this case are authenticated, and the custodians of record need not testify at

1

trial as to those records. Subject to Fed. R. Evid. 401, the records are admissible.

DATED this 4th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court