# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM DALY HARRINGTON,<br><br>　　　　　Defendant. | CR-21-05-H-BMM<br><br>Order |

　　The Defendant, William Daly Harrington, moved to amend condition number 10 of his release, which currently prohibits him from being in the company of any child under the age of 18, excluding his own children. (Doc. 10 at 3.) Harrington requested that the Court amend condition 10 so that he is allowed to have unrestricted contact with his wife's two children. The Government objected, but the mother of the children did not. The Court determines that Harrington has demonstrated that he has a parental relationship with the two children. The Court does, however, recognize the Government's concerns in light of the charged offense.

Accordingly, IT IS HEREBY ORDERED that Mr. Harrington's conditions of release (Doc. 10) are is GRANTED IN PART with the following restrictions: (1) Harrington may have unsupervised access to telephone calls with his wife's two children and (2) Harrington may have supervised visitation in the state of Montana with the two children.

DATED this 18th day of November, 2021.

*Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court