IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DALY HARRINGTON,<br><br>Defendant. | CR 21-05-H-BMM<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on December 15, 2021 (Doc. 76);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1) (Doc. 77);

1

4.      It appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.      The Motion for Final Order of Forfeiture is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- Samsung Galaxy S10 cellular phone (IMEI: 351924101086755).

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

Dated this 7th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court